# Exhibit B

*FROM THE OFFICE OF THE*
FAMILY AND CONSUMER LAW CENTER

*WWW.RICONSUMERLAW.COM*

CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.

*ATTORNEYS & COUNSELORS AT LAW*

April 20, 2007

American Home Mortgage
Attn: Mail Stop 800
520 Broadhollow Road
Melville, NY 11747

**Re: Notice of Rescission by Elizabeth White and Keith White of 57 Osceola Ave., Warwick, RI 02888; Loan Number: 0001451424; Closing Date: 09/27/2006**

To Whom It May Concern:

I represent Elizabeth White and Keith White concerning the mortgage loan transaction they entered into with American Home Mortgage on September 27, 2006. Please be advised that I have been authorized by my client s to rescind that transaction and hereby exercise that right pursuant to the Federal Truth In Lending Act, 15 U.S.C. Section 1635 and Regulation Z, Section 226.23.

The primary basis for the rescission is that the Notice of Right to Cancel received by Mr. & Mrs. White contained erroneous date of transaction and expiration date in violation of Regulation Z.

The security interest held by American Home Mortgage on the White's property located at 57 Osceola Ave., Warwick, RI is void as of this rescission. Pursuant to Regulation Z, you have twenty days after receipt of this Notice of Rescission to return to my clients all monies paid and to take action necessary and appropriate to terminate the security interest.

**Very truly yours,**
**Elizabeth White and Keith White,**
**By their Attorney,**

**Christopher M. Lefebvre**
**P. O. Box 479**
**Pawtucket, RI 02862**

**CERTIFIED MAIL-RETURN RECEIPT REQUESTED**

cc: Elizabeth White and Keith White