**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ELIZABETH and KEITH WHITE,<br>Plaintiffs,<br>v.<br>AMERICAN HOME MORTGAGE,<br>Defendant. | : | C.A. No. 07-200-ML |

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by and between plaintiffs Elizabeth and Keith White, by counsel, and defendant American Home Mortgage, by counsel, that pursuant to Rule 29 of the Local Civil Rules of the United States District Court for the District of Rhode Island, the time within which defendant may answer, plead or otherwise move in response to the Complaint in the above-referenced matter is hereby extended to, and includes, July 20, 2007. This extension does not exceed 30 days. No prior extensions have been requested.

csl 6/19/07

By: /s/ Christopher Lefebvre
Christopher M. Lefebvre, Esq., #4019
Claude Lefebvre, Christopher Lefebvre P.C.
P.O. Box 479
Pawtucket, Rhode Island 02862
(401) 728-6060
(401) 728-6534
lefeblaw@aol.com

By: Carl Levin
Carl S. Levin, Esq. #3336
Armstrong, Gibbons & Gnys, LLP
155 South Main Street
Providence, Rhode Island 02903
401-751-1500 ext 26
401-751-4124
clevin@agglaw.com

F:\98077\001\lsmm1049oth(stipulation ext time).2.doc