**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ELIZABETH and KEITH WHITE, | : | C.A. No. 07-200-ML |
| Plaintiffs, | : | |
| v. | : | |
| AMERICAN HOME MORTGAGE CORP., | : | |
| Defendant. | : | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Defendant American Home Mortgage Corp. hereby moves that Brian P. Perryman be admitted *pro hac vice* in the above-styled case as counsel with the undersigned local counsel.

Respectfully submitted,

Carl S. Levin, Esq. #3336
Armstrong, Gibbons & Gnys, LLP
155 South Main Street
Providence, Rhode Island 02903
(401) 751-1500 ext. 26
(401) 751-4124
clevin@agglaw.com

David M. Souders, Esq.*
Brian P. Perryman, Esq.*
Weiner Brodsky Sidman Kider PC
1300 19th Street, NW, Fifth Floor
Washington, DC 20036
(202) 628-2000
(202) 6282011
souders@wbsk.com
perryman@wbsk.com

**Pro hac vice admission pending*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

ELIZABETH and KEITH WHITE,

Plaintiffs,

vi.

AMERICAN HOME MORTGAGE CORP.,

Defendant.

C.A. No. 07-200-ML

## ATTORNEY'S CERTIFICATION FOR *PRO HAC VICE* ADMISSION

I, **Brian P. Perryman**, hereby certify as follows:

(1) I am a member in good standing of the bar of the States listed below and the Federal District Court and/or Court Appeals bars listed below, and my eligibility to practice before those courts has not been restricted in any way.

### STATE BAR ADMISSIONS

| State | Date of Admission | Bar No. |
|---|---|---|
| District of Columbia | February 4, 2005 | 491034 |
| Virginia | June 7, 2004 | 66691 |

### COURT ADMISSIONS

| State | Date of Admission | Bar No. |
|---|---|---|
| U.S. District Court for the District of Columbia | April 4, 2005 | 491034 |
| U.S. District Court for the Western District of Virginia | December 20, 2004 | 491034 |
| U.S. District Court for the District of Maryland | November 7, 2005 | 16595 |
| U.S. District Court for the Northern District of Illinois | July 18, 2005 | 491034 |
| U.S. District Court for the Eastern District of Virginia | June 18, 2004 | 491034 |
| Virginia Supreme Court | June 7, 2004 | 66691 |
| District of Columbia Court of Appeals | February 4, 2005 | 491034 |

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court.

(3) I have never been convicted of any crime other than minor traffic offenses.

(4) I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months.

(5) I understand my obligation to notify this Court immediately of any changed circumstances that effect my answers to the proceeding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties.

Brian P. Perryman, Esq.
Weiner Brodsky Sidman Kider PC
1300 19th Street, NW, Fifth Floor
Washington, DC 20036
(202) 628-2000
(202) 6282011
perryman@wbsk.com

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Carl S. Levin, Esq. #3336
Armstrong, Gibbons & Gnys, LLP
155 South Main Street
Providence, Rhode Island 02903
(401) 751-1500 ext. 26
(401) 751-4124
clevin@agglaw.com

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I sent via ~~first-class mail, postage prepaid~~ electronic mail, a true copy of the Motion for Admission Pro Hac Vice, supporting Attorney's Certification and proposed Order on this 19th day of July, 2007, to the following counsel of record:

Christopher M. Lefebvre, Esq.
Family and Consumer Law Center
Two Dexter Street, P.O. Box 479
Pawtucket, Rhode Island 02862

[signature]

F:\98077\087\Admission(RhodeIsland) BPP.doc

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| ELIZABETH and KEITH WHITE, | C.A. No. 07-200-ML |
| Plaintiffs, | |
| vii. | |
| AMERICAN HOME MORTGAGE CORP., | |
| Defendant. | |

**ORDER**

The Motion for Admission *Pro Hac Vice* of Brian P. Perryman is hereby ______________

__________________________________________________.

______________________________
**Chief Judge**

Date: ___________________