**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

ELIZABETH and KEITH WHITE,

Plaintiffs,

v.

AMERICAN HOME MORTGAGE CORP.,

Defendant.

C.A. No. 07-200-ML

**DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

COMES NOW defendant American Home Mortgage Corp. d/b/a American Brokers Conduit ("American Home"), and hereby moves pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure to dismiss plaintiffs' Complaint for failure to state a claim upon which relief can be granted. In the alternative, American Home moves pursuant to Rule 56(a) for summary judgment in its favor, and against plaintiffs on the ground that there is no triable issue of material fact in this case, and American Home is entitled to judgment as a matter of law. The reasons for the Motion are set forth in the accompanying Memorandum of Law.

Respectfully submitted,
/S/

Carl S. Levin, Esq. #3336
Armstrong, Gibbons & Gnys, LLP
155 South Main Street
Providence, Rhode Island 02903
(401) 751-1500 ext. 26
(401) 751-4124
clevin@agglaw.com
David M. Souders, Esq.*
Brian P. Perryman, Esq.*
Weiner Brodsky Sidman Kider PC
1300 19th Street, NW, Fifth Floor

Washington, DC 20036
(202) 628-2000
(202) 6282011
souders@wbsk.com
perryman@wbsk.com

**Pro hac vice admission pending*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true copy of the Motion to Dismiss, Memorandum of Law and Statement of Undisputed Facts was sent via electronic mail on this 19th day of July, 2007, to the following counsel of record:

Christopher M. Lefebvre, Esq.
Family and Consumer Law Center
Two Dexter Street, P.O. Box 479
Pawtucket, Rhode Island 02862

/S/

_______________________________
Carl S. Levin, Esq. #3336