Elizabeth and Keith White v. American Home Mortgage

C.A. No. 07-200-ML

# DECLARATION OF BRIAN P. PERRYMAN

# EXHIBIT 1

**American Brokers Conduit**
Your Partner in Success

## Confirmation of Loan Scheduling

This notice is to confirm that the following loan has been scheduled to close.

PLEASE NOTE: If the loan is not clear to close, the package cannot be sent until all remaining conditions are cleared by the broker.

Borrower Name: Keith White Loan Number: 1451424

Property Address: 56 Osceola Ave.
Warwick

Closing Date: 9/26/2006

Please fax the following items to 603-625-1719 at your earliest convenience:

- X Wire Instructions (On your letterhead)
- X Closing Protection Letter
- X Title commitment/binder
- X Homeowner's insurance binder/policy
- X Annual Tax Amount $3,378.21 Due Dates 7/15 - 10/15 - 1/15 - 4/15
  Qtly ✓ Semi____ Annual____
- X Settlement/attorney fee $495– Courier $50 Wire $12
  Title Exam Fee $200 Notary Fee $0 Doc Prep Fee $200.00
- X Contact Name Lou / Wendy
- X Email address to send docs loumarandola @ yahoo.com

Thank you for your prompt attention to this matter. Please call the Closing Department at 603-626-6100 with any questions.

**Mortgagee Clause:**

Hazard/Flood Insurance: American Brokers Conduit, ISAOA ATIMA
PO Box 100504
Florence, SC 29501-0504

Closing Protection Letter: American Brokers Conduit, ISAOA ATIMA
538 Broadhollow Road
Melville, NY 11747