Elizabeth and Keith White v. American Home Mortgage

C.A. No. 07-200-ML

# DECLARATION OF BRIAN P. PERRYMAN

# EXHIBIT 2

**American Brokers Conduit Loan Closing Instructions**

TO:
Address:
,
Tel #:
Fax#: 401-305-5832
Closing Date: September 26, 2006
Funding Date:
PROPERTY:
57 Osceola Avenue
Warwick, RI 02888

DATE: September 26, 2006
Application #: 0001451424
Case #:
APPLICANTS:
Keith White

American Brokers Conduit requests that you act as our agent to close the above referenced loan in accordance with the following instructions. If you are unable to adhere to all of the numbered instructions set forth below and addendum(s), do not close this loan or disburse funds. Instead, call Jason Robison at 800-554-7600 or fax at 603-625-1719.

1. LOAN TERMS:
Lender: American Brokers Conduit

| | | | |
|---|---|---|---|
| Loan Amount: | 312,000.00 | No. of Payments: | 480 |
| Loan Type: | MTA | P&I: | 788.91 |
| Payment Frequency: | Monthly | Maturity Date: | 11/01/2046 |
| Interest Rate: | 01.000 | Ppty Type/Occ.: | 1 Family/Primary Home |
| First Pay Date: | 12/01/2006 | Lock Exp. Date: | 11/13/2006 |
| Riders: | -ARM-PREPAY | | |

For Adjustable Rate Loans:

| | | | |
|---|---|---|---|
| Index: | 04.664 | 1st Adj. Cap: | 00.000 |
| Margin: | 03.450 | Subsequent Cap: | 00.000 |
| Max IR: | 09.950 | 1st Change Date: | 12/01/2006 |
| Min IR: | 03.450 | | |

2. LOAN CLOSING:

This loan must close on September 26, 2006, and fund on October 2, 2006 If the loan can not be closed or funded please call Jason Robison at the number indicated above. You are authorized to close this loan and disburse the loan proceeds only after you have secured and/or complied with all of the requirements of these loan closing instructions! Failure to comply with these instructions will result in a claim against the settlement agent.

3. The documents necessary for closing this loan are enclosed. Please provide the borrower(s) with a copy of all documents executed at closing. You agree to return the closed loan package including, ONE ORIGINAL NOTE, ONE CERTIFIED TRUE COPY OF THE MORTGAGE/DEED OF TRUST, ONE ORIGINAL OF ALL OTHER DOCUMENTS INCLUDED IN THIS PACKAGE, in accordance with these instructions within 24 hours of funding. Return to : American Brokers Conduit, File Management Mail Stop 100, 520 Broadhollow Road, Melville, NY 11747.

4. A HUD-1 Settlement Statement reflecting the fees owed and paid to date is included with the loan documents provided. DO NOT UNDER ANY CIRCUMSTANCES CHANGE THE AMOUNTS SET FORTH ON THE HUD-1 PROVIDED WITHOUT LENDER APPROVAL. Any unathorized changes to the HUD-1, or to the fees being charged by Lender or Lenders correspondent, will result in a claim by Lender against the Settlement Agent.

5. ESCROW IMPOUNDS FOR TAXES AND/OR INSURANCE.

All taxes, bonds and assesments comming due on or before 12/01/2006 must be paid at closing and are not included in the escrow account being established by the Lender.

6. ADDITIONAL REQUIREMENTS/INFORMATION

Please see attached Closing Costs/Wire Transfer Information, ADDENDUM A
Please see attached Underwriting/Closing Contingencies, ADDENDUM B
Please see attached Broker Fee Addendem, ADDENDUM D
Please see attached Power of Attorney Instructions, ADDENDUM E

IMPORTANT: RETURN WIRE INFORMATION
If you received the loan proceeds via wire, and the loan has either adjourned or will not fund by the actual or estimated funding date, you must immediately return the funds to the warehouse bank account from which the wire originated. If you have any questions, please call the Treasury Help Desk at 1-866-226-1997.

NOTE: Failure to return funds in a timely manner will result in a claim by Lender against the Settlement Agent. You will be charged for all interest that accrues as the result of your failure to return wired funds in a timely manner.

ADDENDUM A

Closing Costs/Wire Transfer Information: Application #: 0001451424

Borrower and Property Information:

Borrower(s):
(M,N) Keith White

Property:
57 Osceola Avenue
Warwick,RI 02888

Title Company:
Stewart Title Guaranty Co.
50 Park Row West
Suite 301
Providence,RI 02903
Contact: Joseph
Telephone: (401) 861-1511
Fax:

Settlement Agent:
,
Contact: Lou
Telephone:
Fax: (401) 305-5832

Wire Instructions:
Financial Institution:
ABA #:
Account Name: ?
Account #:
Attention: White

IMPORTANT: If you do not receive the wire, please call the Treasury Help Desk at 1-866-226-1997. - ALL OTHER QUESTIONS RELATING TO THE FUNDING should be directed to Jason Robison at 800-554-7600 ext. 000-000-0000.

At the time of closing the following fees are due and have been deducted from the loan amount.

| Fee Section: | Total Fee | Borrower | Seller | Vendor |
|---|---|---|---|---|
| Admin Fee | $500.00 | 500.00 | .00 | American Brokers Conduit |
| Prepaid Int.(030 Days) | $260.00 | 260.00 | .00 | American Brokers Conduit |
| Tax Service | $92.00 | 92.00 | .00 | American Brokers Conduit |
| Flood Hazard Fee | $19.00 | 19.00 | .00 | American Brokers Conduit |
| TOTAL FEES: | $871.00 | | | |
| LESS POC/COUPONS/CREDITS: | | | | |
| Paid on Account | $0.00 | | | |
| TOTAL PREPAIDS | $0.00 | | | |
| TOTAL DUE: | $871.00 | | | |

Escrow Breakdown:

| | | |
|---|---|---|
| City Taxes | 4 mos @ $281.52 | $1,126.08 |
| Haz. Insurance | 3 mos @ $64.17 | $192.51 |
| SUB TOTAL ESCROWS | | $1,318.59 |
| AGGREGATE ESCROW ADJ. | | $128.35- |
| TOTAL ESCROW | | $1,190.24 |

The loan will be funded as follows:

| | |
|---|---|
| Loan Amount | $312,000.00 |
| LESS Lender Closing Fees | $871.00 |
| LESS Escrow | $1,190.24 |
| NET PROCEEDS DUE BORROWER | $309,938.76 |
| PLUS Mortgage Tax | $0.00 |
| PLUS Assignment Recording Fees | $0.00 |
| PLUS Broker Premium by Lender | $8,190.00 |
| PLUS Attorney Fees | $0.00 |
| PLUS Other | |
| TOTAL AMOUNT OF WIRE | $318,128.76 |

BROKER FEES NOT DEDUCTED FROM WIRE!
Broker: Limerock Financial Inc

| | Borrower | Seller |
|---|---|---|
| Broker Credit Report Fee | 15.00 | .00 |
| Broker Appraisal | 450.00 | .00 |
| Broker Processing Fee | 795.00 | .00 |

Addendum B Underwriting/Closing Stipulation(s) Application # 0001451424

The following documents or conditions must be satisfied and/or presented at time of closing. In the event you are unsure of the acceptability of any document(s) you must contact the Lender. In no event may you accept any alternative document(s) or unilaterally waive any requirement unless written authorization is provided to you by the Lender.

All of the documents provided herewith are required to be signed, regardless of whether they appear to be duplicates previously provided to the borrower(s).

Stipulations to be satisfied:
If a Power of Attorney is to be used in connection with this loan closing, you must follow the document execution instructions set forth on ADDENDUM "E".

1.ALTA 6 or 6.1 (PA 710)

2.ALTA 8.1 (PA 900)

3.Broker to provide final 1003.

4.Documents start expiring on 12/26/2006. If loan does not close by this date you may be required to provide more current information or assistance.

5.HUD-1 to evidence payoff of Countrywide Home Loans #118204027 with an outstanding balance of $ current balance.

6.Provide copy of demand/payoff letter(s) from Countrywide Home Loans #118204027.

7.The Notice of Right to Cancel must be signed at closing.

8.Settlement Agent/Attorney must include a complete copy of the marked-up title commitment in the legal package sent back to Lender.

9.Estimated HUD 1 subject to lender review and approval. If any fee changes on the HUD-I from our closing instructions,please alert Jason as a new TIL/HELOC Agrmt will need to be issued for borrower's signature(s.) If Title/Escrow fails to notify the Lender of these changes, they will be responsible for any fees or changes required as a result of compliance issues caused by the unreported fee changes.

10.IMPORTANT. A settlement fee of $ 495.00 has been used in calculating the Finance charges and APR set forth on the Truth in Lending Disclosure (TIL) or HELOC Agreement included with these instructions. If for any reason the fee(s) you are charging (in the aggregate) as Settlement Agent exceed this amount you must contact the closer/funder listed on Page 1 of these instructions, and receive a revised TIL or HELOC Agreement for the borrowers signatures prior to funding this loan.

11.Prior to authorizing the disbursement of loan proceeds, the Closer/Funder must approve the HUD, reconcile the fees in UniFi and generate an amended Final TIL to be signed by the borrower(s).

12.Prior to funding this loan the Settlement Agent must fax to the closer/funder located on Page #1 of the Closing Instructions, a copy of the completed HUD-1 for review and receipt of final Truth in Lending Disclosure and authorization to fund.

13.Short Form ALTA must be issued in place of standard ALTA and RETURNED AS PART OF THE CLOSED LOAN FILE.

14.The lock for this loan will expire on 11/13/06. If the loan will not close AND fund by this date, please contact Secondary prior to expiration to extend the lock.

15.Settlement Company must contact Jason if the loan does not close as scheduled.

16.Return executed closing package within 24 hours of funding via overnight

Additional Terms and Conditions Attachment (Continued)
mail to American Home Mortgage, 520 Broadhollow Road, Mail Stop 100, File Management Group, Melville, NY 11747

17.Title Insurance coverage must equal 125% of the original mortgage amount to reflect potential negative amortization.

18.Borrower to sign and date IRS Form 4506T at the closing

19.PAY OFF ANY AND ALL LIENS SECURED AGAINST THE SUBJECT PROPERTY.

ATTACH LEGAL DESCRIPTION TO SECURITY INSTRUMENT PRIOR TO RECORDING.

FAX HUD FOR APPROVAL PRIOR TO CLOSING TO: JASON ROBISON @ 603-625-1719. WIRE WILL NOT BE SENT UNTIL HUD IS RECEIVED AND ACCEPTABLE.

THIS IS A REFINANCE: SETTLEMENT COMPANY MUST CONTACT ABC IMMEDIATELY IF LOAN DOES NOT CLOSE TO PREVENT THE WIRE FROM BEING SENT.

PAY TAXES DUE OCTOBER, 2006.

TITLE MUST BE FREE AND CLEAR.

RETURN CLOSING PACKAGE WITHIN 24 HOURS OF FUNDING TO: AMERICAN BROKERS CONDUIT, ATTN: FILE MANAGEMENT MAIL STOP 100 , 520 BROADHOLLOW ROAD MELVILLE, NY 11747

ADDENDUM "A" OF THE CLOSING INSTRUCTIONS SHOWS YOUR WIRING INSTRUCTIONS. VERIFY THAT THEY ARE CORRECT, IF NOT , PLEASE NOTIFY US.

HOMEOWNERS INSURANCE COMPANY MUST BE RATED "B" OR BETTER IN THE BEST'S KEY RATING GUIDE.

"TITLE: NEGATIVE AMORTIZATION ENDORSEMENT."

IF APPRAISAL FEE IS BEING DISCLOSED AS PAID TO BROKER ON THE HUD SETTLEMENT STATEMENT, THE FOLLOWING VERBIAGE MUST BE USED: "TO (BROKER) FOR PAYMENT TO (VENDOR)".

ALL NON-BORROWING TITLEHOLDERS MUST SIGN SIGNATURE PAGE OF MORTGAGE, TIL, AND RESCISSION DOCUMENTS (IF APPLICABLE TO LOAN)

BROKER TO SUPPLY TYPED 1003 TO BE SIGNED AT CLOSING. THIS SIGNED COPY NEEDS TO BE FAXED TO 603-625-1719 WITH THE HUD PRIOR TO FUNDING.

LENDER NAME AND ADDRESS ON HUD TO READ: AMERICAN BROKERS CONDUIT, 538 BROADHOLLOW ROAD, MELVILLE, NY 11747.

IF APPRAISAL FEE, CREDIT REPORT AS WELL AS ANY OTHER 3RD PARTY FEE IS BEING DISCLOSED AS PAID TO BROKER ON THE HUD-1 THEN THE FOLLOWING VERBIAGE MUST BE USED: "TO (BROKER) FOR PAYMENT TO (VENDOR)

PAY HOMEOWNERS INSURANCE DUE NOVEMBER AT CLOSING.

BORROWERS NAME ON TITLE COMMITMENT TO READ: KEITH WHITE.

CORRECT PROPERTY ADDRESS ON TITLE COMMITMENT TO READ: 57 OSCEOLA AVENUE, WARWICK, RI 02888.

ADD BORROWERS NAME AND CORRECT PROPERTY ADDRESS TO THE CLOSING PROTECTION LETTER.

Addendum D

# CORRESPONDENT/BROKER FEES

As the settlement agent, you are responsible for collecting from the borrower, all amounts due the correspondent / broker at the time of closing. The fees due are set forth below and on the Hud-1 statement. **These fees have not been deducted from the amount funded.**

The total amount due the correspondent must be deducted from the amount disclosed and a check issued by you for that amount, or you may collect certified funds for the amount due from the borrower.

In addition to the amounts due the correspondent /broker from the borrower, lender has included in the amount funded a servicing release premium in the amount of $8,190.00 which is reflected on the Hud-1 as a P.O.C. item from the lender to the correspondent.

Please issue a check for the premium payable to the correspondent/broker and forward same along with the amount due from the borrower, $1,260.00 directly to the correspondent at the address set forth below.

Correspondent / Broker Address:

Limerock Financial Inc
1571 Lonsdale Ave
Lincoln RI 02865

| HUD # | DESCRIPTION | POC | BAMT | SAMT | OAMT |
|---|---|---|---|---|---|
| 817 | Broker Credit Report Fee to Limerock Financial Inc | | 15.00 | | |
| 818 | Broker Appraisal to Limerock Financial Inc | | 450.00 | | |
| 823 | Broker Processing Fee to Limerock Financial Inc | | 795.00 | | |