Elizabeth and Keith White v. American Home Mortgage

C.A. No. 07-200-ML

# DECLARATION OF BRIAN P. PERRYMAN

# EXHIBIT 5

| A. | B. TYPE OF LOAN |
|---|---|
| SETTLEMENT STATEMENT<br>U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT | 1. [ ] FHA 2. [ ] FMHA 3. [ X ] CONV. UNINS<br>4. [ ] VA 5. [ ] CONV. INS. 6. [ ] Other<br>7. File Number: White 8. Loan Number: 0001451424<br>9. Mortgage Insurance Case Number: |

**C. NOTE** *This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Lines marked "(poc)" were paid outside of closing; they are shown here for informational purposes and are not included in the totals. WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.*

| | | |
|---|---|---|
| **D. Name of Borrower**<br>**Address** | Keith White<br>57 Osceola Avenue Warwick RI 02888 | |
| **E. Name of Seller**<br>**Address** | | **TIN:** |
| **F. Lender**<br>**Address** | American Brokers Conduit<br>538 Broad Hollow Road Melville NY 11747 | |
| **G. Property Address** | 57 Osceola Avenue Warwick RI 02888 | |
| **H. SETTLEMENT AGENT:**<br>**ADDRESS:** | Ameritile, LLC<br>132 Old River Rd., Suite 103 Lincoln RI, 02865 | **I. SETTLEMENT DATE:**<br>9/26/06 |
| **PLACE OF SETTLEMENT:**<br>**ADDRESS:** | AMERITITLE, LLC<br>132 OLD RIVER ROAD, SUITE 103 LINCOLN RI, 02865 | **DISBURSEMENT DATE:**<br>10/2/06 |

| J. Summary of Borrower's Transaction | | | K. Summary of Seller's Transaction | | |
|---|---|---|---|---|---|
| **100.** | **Gross amount due from borrower:** | | **400.** | **Gross amount due to seller:** | |
| 101. | Contract sales price | | 401. | Contract sales price | |
| 102. | Personal property | | 402. | Personal property | |
| 103. | Settlement charges to borrower (line 1400) | $4,910.59 | 403. | | |
| 104. | Mortgage Lenders K/N/A Country Wide Home Loans | $307,089.41 | 404. | | |
| 105. | | | 405. | | |
| | **Adjustments for items paid by seller** | | | **Adjustments for items paid by seller** | |
| 106. | City/town taxes to | | 406. | City/town taxes to | |
| 107. | County taxes to | | 407. | County taxes to | |
| 108. | Assessments to | | 408. | Assessments to | |
| 109. | | | 409. | | |
| 110. | | | 410. | | |
| 111. | | | 411. | | |
| 112. | | | 412. | | |
| **120.** | **Gross amount due from borrower:** | **$312,000.00** | **420.** | **Gross amount due to seller:** | |
| **200.** | **Amount paid by or in behalf of borrower** | | **500.** | **Reductions in amount due to seller** | |
| 201. | Deposit or earnest money | | 501. | Excess deposit (see instructions) | |
| 202. | Principal amount of new loan(s) | $312,000.00 | 502. | Settlement charges to seller (line 1400) | |
| 203. | Existing loan(s) taken subject to | | 503. | Existing loan(s) taken subject to | |
| 204. | | | 504. | Payoff of first mortgage loan | |
| 205. | | | 505. | Payoff of second mortgage loan | |
| 206. | | | 506. | | |
| 207. | | | 507. | | |
| 208. | | | 508. | | |
| 209. | | | 509. | | |
| | **Adjustments for items unpaid by seller** | | | **Adjustments for items unpaid by seller** | |
| 210. | City/town taxes to | | 510. | City/town taxes to | |
| 211. | County taxes to | | 511. | County taxes to | |
| 212. | Assessments to | | 512. | Assessments to | |
| 213. | | | 513. | | |
| 214. | | | 514. | | |
| 215. | | | 515. | | |
| 216. | | | 516. | | |
| 217. | | | 517. | | |
| 218. | | | 518. | | |
| 219. | | | 519. | | |
| **220.** | **Total paid by/for borrower:** | $312,000.00 | **520.** | **Total reduction in amount due seller:** | |
| **300.** | **Cash at settlement from/to borrower:** | | **600.** | **Cash at settlement to/from seller:** | |
| 301. | Gross amount due from borrower (line 120) | $312,000.00 | 601. | Gross amount due to seller (line 420) | |
| 302. | Less amount paid by/for borrower (line 220) | $312,000.00 | 602. | Less total reduction in amount due seller(line 520) | |
| **303.** | **Cash from Buyer** | | **603.** | **Cash to Seller** | |

SUBSTITUTE FORM 1099 SELLER STATEMENT - The information contained in Blocks E, G, H and I and on line 401 (or, if line 401 is asterisked, lines 403 and 404), 406, 407 and 408-412 (applicable part of buyer's real estate tax reportable to the IRS) is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported.
SELLER INSTRUCTIONS - If this real estate was your principle residence, file form 2119, Sale or Exchange of Principal Residence, for any gain, with your income tax return; for other transactions, complete the applicable parts of form 4797, Form 6252 and/or Schedule D (Form 1040).
You are required by law to provide Stewart Title Guaranty Company with your correct taxpayer identification number. If you do not provide the Settlement Agent with your correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law. Under penalties of perjury, I certify that the number shown on this statement is my correct taxpayer identification number.

| L. Settlement Charges | | | |
|---|---|---|---|
| 700. | Total sales/broker's commission based on price @ % = Division of commission (line 700) as follows: | PAID FROM BORROWERS FUNDS AT SETTLEMENT | PAID FROM SELLERS FUNDS AT SETTLEMENT |
| 701. | | | |
| 702. | | | |
| 703. | Commission paid at settlement | | |
| 704. | | | |
| 800. | Items payable in connection with loan | | |
| 801. | Loan origination fee % | | |
| 802. | Loan discount % | | |
| 803. | Appraisal fee to Limerock Financial/Melissa Pirell | $450.00 | |
| 804. | Credit report to Limerock Financial | $15.00 | |
| 805. | Lender's inspection fee | | |
| 806. | Mortgage insurance fee | | |
| 807. | Mortgage broker fee | | |
| 808. | Administration fee to to American Brokers Conduit | $500.00 | |
| 809. | Tax Services fee to to American Brokers Conduit | $92.00 | |
| 810. | Flood Hazard fee to to American Brokers Conduit | $19.00 | |
| 811. | Processing fee to to Limerock Financial | $595.00 | |
| 812. | Yiled Spread Premium Pd Lender to to Limerock Financial poc:$8,190.00 | | |
| 813. | | | |
| 814. | | | |
| 815. | | | |
| 816. | | | |
| 817. | | | |
| 900. | Items payable in connection with loan | | |
| 901. | Interest from thru @ /day | $260.00 | |
| 902. | Mortgage insurance premium for months | | |
| 903. | Hazard insurance premium for years | $770.00 | |
| 904. | | | |
| 905. | | | |
| 1000. | Reserves deposited with lender | | |
| 1001. | Hazard insurance 3 months(s) @ $64.17 per month | $192.51 | |
| 1002. | Mortgage insurance months(s) @ per month | | |
| 1003. | City property taxes 4 months(s) @ $281.52 per month. | $1,126.08 | |
| 1004. | County property taxes months(s) @ per month | | |
| 1005. | Annual assessments (maint.) months(s) @ per month | | |
| 1006. | | | |
| 1007. | | | |
| 1008. | Aggregate adjustment | -$128.35 | |
| 1009. | | | |
| 1100. | Title charges | | |
| 1101. | Settlement or closing fee | | |
| 1102. | Abstract or title search to Gauthier Title | $116.68 | |
| 1103. | Title examination | | |
| 1104. | Title insurance binder | | |
| 1105. | Document preparation | | |
| 1106. | Notary fees | | |
| 1107. | Attorney's fees (includes above item numbers: ) | | |
| 1108. | Title insurance to Stewart Title Co 30% Agent 70% (includes above item numbers: ) | $699.69 | |
| 1109. | Lender's coverage $699.69 ($312,000.00) | | |
| 1110. | Owner's coverage () | | |
| 1111. | | | |
| 1112. | | | |
| 1113. | | | |
| 1200. | Government recording and transfer charges | | |
| 1201. | Recording fees: Deed: ; Mortgage: $81.00 | $81.00 | |
| 1202. | City/county tax/stamps: Deed: ; Mortgage: | | |
| 1203. | State tax/stamps: Deed: ; Mortgage: | | |
| 1204. | | | |
| 1205. | Recording Services to Tomasetti Titles | $35.00 | |
| 1206. | | | |
| 1300. | Additional settlement charges | | |
| 1301. | Survey to Stewarts Agent | $25.00 | |
| 1302. | Pest Inspection | | |
| 1303. | Wire fee to to Bank RI | $12.00 | |
| 1304. | Courier Charges to UPS | $50.00 | |
| 1305. | | | |
| 1306. | | | |
| 1307. | | | |
| 1308. | | | |
| 1400. | Total settlement charges (enter on lines 103, section J and 502, section K) | $4,910.59 | |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

Borrower: [signature] [signature]

Keith White

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of the funds which were received and have been disbursed by the undersigned as part of the settlement of this transaction.

[signature] 9/26/06

Amerititle, LLC/Settlement Agent Date