Elizabeth and Keith White v. American
Home Mortgage

C.A. No. 07-200-ML

# DECLARATION OF BRIAN P. PERRYMAN

# EXHIBIT 8

# SIGNATURE/NAME AFFIDAVIT

DATE: September 26, 2006

LOAN #: 0001451424

BORROWER:

THIS IS TO CERTIFY THAT MY LEGAL SIGNATURE IS AS WRITTEN AND TYPED BELOW.
(This signature must exactly match signatures on the Note and Mortgage or Deed of Trust.)

Elizabeth A. White

(Print or Type Name) Elizabeth White

Signature

(If applicable, complete the following.)

I AM ALSO KNOWN AS:

(Print or Type Name) Signature

(Print or Type Name) Signature

(Print or Type Name) Signature

(Print or Type Name) Signature

and that are one

and the same person.

State/Commonwealth of Rhode Island
County/Parish of Providence

Subscribed and sworn (affirmed) before me
this 26th day of September, 2006

Notary Public
State/Commonwealth of RI
Acting in the County/Parish of Providence

My Commission Expires: 4/2/07

# SIGNATURE/NAME AFFIDAVIT

DATE: September 26, 2006

LOAN #: 0001451424

BORROWER: Keith White

THIS IS TO CERTIFY THAT MY LEGAL SIGNATURE IS AS WRITTEN AND TYPED BELOW.
(This signature must exactly match signatures on the Note and Mortgage or Deed of Trust.)

Keith White
(Print or Type Name) Signature

(If applicable, complete the following.)

I AM ALSO KNOWN AS:

Keith J White
(Print or Type Name) Signature

White Keith
(Print or Type Name) Signature

(Print or Type Name) Signature

(Print or Type Name) Signature

and that are one

and the same person.

State/Commonwealth of Rhode Island
County/Parish of Providence

Subscribed and sworn (affirmed) before me
this 26th day of September, 2006

Notary Public
State/Commonwealth of [illegible]
Acting in the County/Parish of [illegible]

My Commission Expires: [illegible]