Elizabeth and Keith White v. American
Home Mortgage

C.A. No. 07-200-ML

# DECLARATION OF BRIAN P. PERRYMAN

# EXHIBIT 9

# OCCUPANCY CERTIFICATION

DATE: SEPTEMBER 14, 2006
APPLICANT (S): KEITH WHITE

APPLICATION NUMBER: 0001451424
ADDRESS: 57 OSCEOLA AVENUE
WARWICK, RI 02888

Gentleman:

The undersigned, having applied for a loan to be secured by a Mortgage or Deed of Trust on the referenced property, certifies as follows (check one):

✓ A. PRINCIPAL RESIDENCE: The property will be occupied by me/us as our primary residence.

____B. SECOND HOME: The property will be a second home used in addition to my/our primary residence(s). Any rental income from the property may not be used to qualify for the mortgage application.

____C. INVESTMENT PROPERTY: This property will not be occupied by me/us and will be considered strictly an investor unit.

I/We fully understand that this certification is made for the purpose of determining eligibility, the applicable interest rate, and fees associated with this loan. I/We fully understand that it is a federal crime punishable by fine or imprisonment, or both, to knowingly make any false insured or guaranteed loans under the provisions of Title 18, United States Code, Section 1014.

Date: 9/26/06 Applicant: [signature]

Date: ________ Co-Applicant: ________

Date: ________ Co-Applicant: ________

Date: ________ Co-Applicant: ________