Elizabeth and Keith White v. American Home Mortgage

C.A. No. 07-200-ML

# DECLARATION OF BRIAN P. PERRYMAN

# EXHIBIT 11

LENDER: American Brokers Conduit

CLOSING DATE: September 26, 2006

LOAN AMOUNT: $312,000.00

PROPERTY ADDRESS:
57 Osceola Avenue
Warwick, RI 02888

BORROWER(S):
Keith White

## COMPLIANCE AGREEMENT

In consideration of the mortgage loan ("the loan") made by the Lender to the undersigned and to induce the Lender to make the Loan, the undersigned Borrower(s), do(es) hereby represent, covenant, and agree as follows:

Upon request of the Lender or closing agent for Lender, or Lender's successors or assigns, the undersigned Borrower(s) will re-execute any document or instrument signed in connection with the Loan, or will execute any document or instrument that should have been signed at or before the closing of the Loan, or which was incorrectly drafted and/or incorrectly signed, and agree to fully cooperate in the adjustment or correction of clerical errors and in the execution or correction of any and all loan closing documentation deemed necessary or desirable in the reasonable discretion of the Lender to sell, convey, guaranty or market the Loan to any entity, including but not limited to, an investor, the Federal National Mortgage Association (FNMA), the Government National Mortgage Association (GNMA), the Federal Home Loan Mortgage Corporation (FHLMC), the Department of Housing and Urban Development, the Veterans Administration, or any Municipal Bonding Authority.

Failure or refusal of Borrower(s) to execute the required additional documents, or to correct those already executed within ten (10) days of Lenders request to do so, shall constitute a default under the terms of the loan documents and shall give Lender the option of declaring all sums secured by the loan documents immediately due and payable.

DATED: September 26, 2006

Keith White

Elizabeth White

Sworn to before me this
26th day of September 2006

Notary Public

Louis Marandola, Esq.
Notary Public
My commission expires
4/03/07