Elizabeth and Keith White v. American Home Mortgage

C.A. No. 07-200-ML

# DECLARATION OF BRIAN P. PERRYMAN

# EXHIBIT 13

**1, 3, 6, and 12, MONTH MTA Power ARMs**
**Effective January 2006**

# ADJUSTABLE RATE MORTGAGE LOAN DISCLOSURE STATEMENT

You are considering an Adjustable Rate Mortgage Loan (referred to as an "ARM") from American Brokers Conduit (the "Lender"). This disclosure describes the features of the 1, 3, 6, and 12 Month MTA Power ARM Programs each with 15, 30, and 40 year amortized terms. Information on other ARM programs is available upon request. THIS LOAN ALLOWS FOR NEGATIVE AMORTIZATION. This disclosure does not constitute a commitment to make a loan to you.

## FEATURES THAT APPLY TO ALL LOAN PROGRAMS

This section contains terms applicable to all of the MTA Power ARM programs covered by this Loan Disclosure Statement ("Disclosure"), except as specifically noted otherwise. The subsequent sections present the terms unique to each loan program.

## NON-STANDARD LOANS

The Non-standard loan program is a loan program for applications that do not meet the Lender's standard criteria. The interest rate for non-standard loans is usually higher than it is for standard loans. Ask us if your application will be considered under this program.

## HOW YOUR INTEREST RATE AND PAYMENT ARE DETERMINED

Your interest rate and monthly payment amount may vary as described below.

Your loan will provide for a fixed Initial Interest Rate and a fixed Subsequent Interest Rate that will be disclosed to you prior to the time you obligate yourself to repay the loan, and will be set forth in your Note. The Initial Interest Rate will apply until the last day of the month in which your loan closes, and will be the interest rate that is used to establish the amount of your initial monthly payment. The Subsequent Interest Rate will apply commencing on the first day of the immediately following month. The time period that your Subsequent Interest Rate will be in effect is described below in the section applicable to the specific MTA Power ARM program you select. Once the Subsequent Interest Rate period ends, your interest rate will be an adjustable rate.

Your Initial Interest Rate may not be equal to the Fully-Indexed Rate, which is the Index (the "Index") plus the fixed amount of percentage points (the "Margin") that are used to make rate adjustments once your interest rate becomes an adjustable rate. The Index is described in the section below entitled "How Your Interest Rate and Monthly Payments Can Change". Ask us about our current interest rate and Margin.

If your Initial Interest Rate is an amount that is lower than the Fully Indexed Rate, this is called a "Discounted Rate". If your Initial Interest Rate is a Discounted Rate, because your initial monthly payment will be determined using the Initial Interest Rate and your first adjusted payment will be determined using an adjustable rate that is based on the Index plus Margin, your first adjusted payment may increase even if the Index decreases or remains the same. If your Initial Interest Rate is an amount that is higher than the Fully Indexed Rate, this called a "Premium Rate". If your Initial Interest Rate is a Premium Rate, because your initial monthly payment will be determined using the Initial Interest Rate and your first adjusted payment will be determined using an adjustable rate that is based on the Index plus Margin, your first adjusted payment may decrease even if the Index remains the same or increases. The adjustable rate that is used to determine your first adjusted payment may be higher or lower than the Subsequent Rate. Ask us for the amount of our current discounts and premiums. (As described in the section below entitled "Increase in Principal Balance (Negative Amortization)", your principal balance can increase. An increase in the principal balance could result in higher monthly payments.)

Your initial monthly payment amount will be established by calculating the amount necessary to pay the loan off in full (principal and interest) at the maturity date in substantially equal installments of principal and interest, based on the loan balance, term, and the Initial Interest Rate in effect at the time of loan closing and assuming that such interest rate will remain in effect throughout the loan term.

## HOW YOUR INTEREST RATE AND MONTHLY PAYMENTS CAN CHANGE

The interest rate following the Subsequent Interest Rate, and the monthly payments following the initial monthly payments, will be set as described below and in the section of this Disclosure applicable to the specific MTA Power ARM program you select.

**a. Change Dates:** Except for the change from the Initial Interest Rate to the Subsequent Interest Rate, each day on which your interest rate could change is called the Interest Rate Change Date. Each day on which your monthly payment may change is called the Payment Change Date. The Interest Rate Change Date and the Payment Change Date for each program are described in the section of this Disclosure applicable to the specific MTA Power ARM program you select.

**b. Index:** The adjustable interest rate will be based on the Index plus a Margin. The "Index" is the Twelve-Month Average, determined as set forth below, of the annual yields on actively traded United States Treasury Securities adjusted to a constant maturity of one year as published by the Federal Reserve Board in the Federal Reserve Statistical Release entitled "Selected Interest Rates (H.15)" (the "Monthly Yields"). The Twelve-Month Average is determined by adding together the Monthly Yields for the most recently available twelve months and dividing by 12. This information may be available in your library, or you may write to the Board of Governors, Publication Services, Washington, DC 20551.

The most recent Index figure available as of 15 days before each Interest Rate Change Date is called the "Current Index".

If the Index is no longer available, the Lender or other Note Holder will choose a new Index and a new Margin to result in a rate similar to the rate in effect at that time which is based upon comparable information. The Note Holder will give you notice of this choice.

**c. Calculation of Interest Rate:** The Lender will calculate your interest rate changes by adding a Margin to the Current Index as of each Interest Rate Change Date. The Lender will then round this sum to the nearest one-thousandth of one percentage point (0.001). The Margin will be disclosed to you in your Note. Ask us about our current Margin and interest rate.

**d. Limits on Interest Rate Changes:** The limitation on increases to your interest rate over the term of the loan, the "Lifetime Interest Rate Cap", will be set as follows: 9.95% for Primary and Second Homes, 10.35% for Investment Properties and 10.55% for our Lender Paid PMI Programs. There are no limits on decreases to your interest rate, except that the minimum interest rate will never fall below the Margin disclosed in your Note.

**e. Calculation of Monthly Payment:** The monthly payment amount will be established by calculating the amount necessary to pay the loan off (principal and interest) at the maturity date in substantially equal installments of principal and interest, based on the projected outstanding principal balance of your loan, the remaining term, and the interest rate that will become effective one month prior to the Payment Change Date on the assumption that the interest rate used to calculate your payment will remain in effect throughout the remaining loan term. However, there is a 7-1/2% limit to the increase or decrease in the payment change over the previous payment, except at the fifth anniversary of the due date of the first monthly payment and on the same date every fifth year thereafter, when no limit will be applied.

Additionally, if your loan balance would otherwise exceed 125.000% of the original loan balance, the monthly payments immediately will be adjusted to fully amortize the loan over the then remaining life of the loan, at the interest rate in substantially equal payments,

without regard to the 7-1/2% payment increase limitation (the "125.000% Principal Balance Limitation") and whether or not your monthly payment is otherwise scheduled to change. This payment amount will be in effect until the next regularly scheduled Payment Change Date, subject to the 125.000% Principal Balance Limitation.

Since the interest rate changes more frequently than the payments change, the loan may be paid in full sooner than expected if the interest rate decreases substantially, or an extra amount may have to be paid at the end if the interest rate rises substantially during the last few years of the loan term. See the "Increase in Principal Balance (Negative Amortization)" section below.

**f. Increase in Principal Balance (Negative Amortization):** The principal balance on your loan can increase even though you are making the required monthly payments. This is called "Negative Amortization". This can happen as described in this section. If the Initial Interest Rate, which is used to established the initial monthly payment, is lower than the Subsequent Interest Rate, which applies commencing on the first day of the month immediately following the month in which your loan closes, the initial monthly payment will be insufficient to pay the interest that is accruing during the Subsequent Interest Rate period. Additionally, following the end of the Subsequent Interest Rate period, your interest rate will become an adjustable rate that may change monthly. Subject to the 125.000% Principal Balance Limitation, your monthly payment will change on the due date of your twelfth monthly payment, and every twelve months thereafter. Thus, even if your monthly payment adjusts to an amount that will pay the interest that is accruing at the time, once the interest rate changes the adjusted monthly payment may be insufficient to pay the interest that accrues. Further, except for each fifth scheduled payment change, and subject to the 125.000% Principal Balance Limitation, the monthly payment may not be increased by more than 7-1/2% from the previous payment amount. This cap may keep the monthly payment below the amount that is necessary to fully pay the interest that is accruing.
If your monthly payment is not sufficient to pay monthly interest, you may take advantage of the negative amortization feature by letting the interest defer and become part of the principal balance to be paid by future monthly payments, or you may also choose to limit any negative amortization by increasing the amount of your monthly payment or by paying any deferred interest in a lump sum at any time. Ask us about the payment options available for these loan programs.

**g. Notice of Interest Rate and Payment Adjustments:** The Lender will send you notice of an interest rate adjustment at least once a year and a notice of each change in the monthly payment amount at least 25 days before the due date of a payment at a new level. The notice will be addressed to you at the property address in the Note or at the address shown in the Lender's records if you have notified the Lender of an address change. The notice will include information about your index values, interest rates, payment amount and loan balance.

**Prepayments:** Certain options may require a prepayment fee. Ask your Loan Consultant for additional information. A partial prepayment will not change your monthly payment amount unless the Lender agrees to do so. However, a partial prepayment may reduce the amount of your monthly payments after the first Payment Change Date following your partial prepayment.

## 1-MONTH MTA Power ARM

Please Read Carefully: General loan information is included starting on page 1 of this Loan Disclosure Statement. Information about our other programs is available upon request.

a. **Interest Rate Changes:** The Initial Interest Rate and Subsequent Interest Rate will be established by your loan documents. The Initial Interest Rate will be effective until the last day of the month in which your loan closes, and the Subsequent Interest Rate will be effective from the first day of the immediately following month until your first Interest Rate Change Date, which will be the scheduled date of your first monthly payment. On the first Interest Rate Change Date, and monthly on the same date each month thereafter during the loan term (each such date being an "Interest Rate Change Date" for this loan program), your interest rate may change based on the Current Index plus Margin as described in the "Features That Apply To All Loan Programs" section of this Disclosure.

b. **Payment Changes:** The initial monthly payment amount will be established by your loan documents, and will be based on the Initial Interest Rate. Subject to the 125.000% Principal Balance Limitation, your initial monthly payment will be effective until your first Payment Change Date, which will be the one-year anniversary of the scheduled date of your first monthly payment. Subject to the 125.000% Principal Balance Limitation, your monthly payment may change on the first Payment Change Date and annually on the same date each year thereafter during the loan term (each such date being a "Payment Change Date" for this loan program), and will be calculated as described in the "Features That Apply to All Loan Programs" section of this Disclosure. Your monthly payment can increase or decrease substantially based on periodic changes in the interest rate.

c. **Example of a Discounted Loan Program:** "On a $10,000, 15 or 30 year loan with an Initial Interest Rate of 1.00% (which would be equal to a 4.878% discount from the 3.478% Index plus 2.40% Margin, rounded to the nearest 0.001 percentage point), the maximum amount that the interest rate can rise under this program is 8.950 percentage points if the Lifetime Interest Rate Cap is 9.950%, 9.350 percentage points if the Lifetime Interest Rate Cap is 10.350%, and 9.550 percentage points if the Lifetime Interest Rate Cap is 10.550% (see "Limit on Interest Rate Changes" in the "Features That Apply to All Loan Programs" section of this Disclosure regarding the Lifetime Interest Rate Cap). Your monthly payment in this example can rise as shown in the following table:

| | | | Lifetime Interest Rate Cap | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | 9.950% | | 10.350% | | 10.550% | |
| Loan Term in Years | Initial Payment | Month Maximum Interest Rate Reached | Maximum Payment | Month Maximum Payment Reached | Maximum Payment | Month Maximum Payment Reached | Maximum Payment | Month Maximum Payment Reached |
| 15 | $59.85 | 2nd | $146.81 | 61st | $151.87 | 61st | $154.98 | 61st |
| 30 | $32.16 | 2nd | $111.58 | 45th | $114.83 | 42nd | $116.74 | 41st |

To see what your payment would be for your loan amount, divide your loan amount by $10,000; then multiply the monthly payment by the resulting amount. For example, the monthly payment for a loan amount of $60,000 would be:

15 Year Term: $60,000 divided by $10,000 = 6; 6 × $59.85 = $359.10
30 Year Term: $60,000 divided by $10,000 = 6; 6 × $32.16 = $192.96

d. **Example of a Fully Indexed Loan Program:** "On a $10,000, 15 or 30 year loan with an Initial Interest Rate of 5.878% (which would be equal to the 3.478% Index plus 2.40% Margin, rounded to the nearest 0.001 percentage point), the maximum amount that the interest rate can rise under this program is 4.072 percentage points if the Lifetime Interest Rate Cap is 9.950%, 4.472 percentage points if the Lifetime Interest Rate Cap is 10.350%, and 4.672 percentage points if the Lifetime Interest Rate Cap is

10.550% (see "Limit on Interest Rate Changes" in the "Features That Apply to All Loan Programs" section of this Disclosure regarding the Lifetime Interest Rate Cap). Your monthly payment in this example can rise as shown in the following table:

| | | | Lifetime Interest Rate Cap | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | 9.950% | | 10.350% | | 10.550% | |
| Loan Term In Years | Initial Payment | Month Maximum Interest Rate Reached | Maximum Payment | Month Maximum Payment Reached | Maximum Payment | Month Maximum Payment Reached | Maximum Payment | Month Maximum Payment Reached |
| 15 | $83.73 | 2nd | $117.92 | 61st | $123.23 | 61st | $125.95 | 61st |
| 30 | $59.17 | 2nd | $100.63 | 61st | $106.29 | 61st | $109.21 | 61st |

To see what your payment would be for your loan amount, divide your loan amount by $10,000; then multiply the monthly payment by the resulting amount. For example, the monthly payment for a loan amount of $60,000 would be:

15 Year Term: $60,000 divided by $10,000 = 6; 6 × $83.73 = $502.38
30 Year Term: $60,000 divided by $10,000 = 6; 6 × $59.17 = $355.02

e. **Example of a Premium Loan Program:** ***On a $10,000, 15 or 30 year loan with an initial Interest Rate of 6.00% (which would be equal to a .1220% premium over the 3.478% Index plus 2.40% Margin, rounded to the nearest 0.001 percentage point), the maximum amount that the interest rate can rise under this program is 3.950 percentage points if the Lifetime Interest Rate Cap is 9.950%, 4.350 percentage points if the Lifetime Interest Rate Cap is 10.350%, and 4.550 percentage points if the Lifetime Interest Rate Cap is 10.550% (see "Limit on Interest Rate Changes" in the "Features That Apply to All Loan Programs" section of this Disclosure regarding the Lifetime Interest Rate Cap). Your monthly payment in this example can rise as shown in the following table:

| | | | Lifetime Interest Rate Cap | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | 9.950% | | 10.350% | | 10.550% | |
| Loan Term In Years | Initial Payment | Month Maximum Interest Rate Reached | Maximum Payment | Month Maximum Payment Reached | Maximum Payment | Month Maximum Payment Reached | Maximum Payment | Month Maximum Payment Reached |
| 15 | $84.39 | 2nd | $117.14 | 61st | $122.43 | 61st | $125.16 | 61st |
| 30 | $59.96 | 2nd | $99.99 | 61st | $105.63 | 61st | $108.53 | 61st |

To see what your payment would be for your loan amount, divide your loan amount by $10,000; then multiply the monthly payment by the resulting amount. For example, the monthly payment for a loan amount of $60,000 would be:

15 Year Term: $60,000 divided by $10,000 = 6; 6 × $84.39 = $506.34
30 Year Term: $60,000 divided by $10,000 = 6; 6 × $59.96 = $359.76

## 3 MONTH MTA Power ARM

Please Read Carefully: General loan information is included starting on page 1 of this Loan Disclosure Statement. Information about our other programs is available upon request.

a. **Interest Rate Changes:** The initial Interest Rate and Subsequent Interest Rate will be established by your loan documents. The Initial Interest Rate will be effective until the last day of the month in which your loan closes, and the Subsequent Interest Rate will be effective from the first day of the immediately following month until your first Interest Rate Change Date, which will be the scheduled date of your third monthly payment. On the first Interest Rate Change Date, and monthly on the same date each month thereafter during the loan term (each such date being an "Interest Rate Change Date" for this loan program), your interest rate may change based on the Current Index plus Margin as described in the "Features That Apply To All Loan Programs" section of this Disclosure.

b. **Payment Changes:** The initial monthly payment amount will be established by your loan documents, and will be based on the Initial Interest Rate. Subject to the 125.000% Principal Balance Limitation, your initial monthly payment will be effective until your first Payment Change Date, which will be the one-year anniversary of the scheduled date of your first monthly payment. Subject to the 125.000% Principal Balance Limitation, your monthly payment may change on the first Payment Change Date and annually on the same date each year thereafter during the loan term (each such date being a "Payment Change Date" for this loan program), and will be calculated as described in the "Features That Apply to All Loan Programs" section of this Disclosure. Your monthly payment can increase or decrease substantially based on periodic changes in the interest rate.

c. **Example of a Discounted Loan Program:** *On a $10,000, 15 or 30 year loan with an initial Interest Rate of 1.75% (which would be equal to a 4.228% discount from the 3.478% Index plus 2.50% Margin, rounded to the nearest 0.001 percentage point), the maximum amount that the interest rate can rise under this program is 8.20 percentage points if the Lifetime Interest Rate Cap is 9.950%, 8.60 percentage points if the Lifetime Interest Rate Cap is 10.350%, and 8.80 percentage points if the Lifetime Interest Rate Cap is 10.550% (see "Limit on Interest Rate Changes" in the "Features That Apply to All Loan Programs" section of this Disclosure regarding the Lifetime Interest Rate Cap). Your monthly payment in this example can rise as shown in the following table:

| | | | Lifetime Interest Rate Cap | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | 9.950% | | 10.350% | | 10.550% | |
| Loan Term In Years | Initial Payment | Month Maximum Interest Rate Reached | Maximum Payment | Month Maximum Payment Reached | Maximum Payment | Month Maximum Payment Reached | Maximum Payment | Month Maximum Payment Reached |
| 15 | $63.21 | 4th | $140.50 | 61st | $145.64 | 61st | $149.21 | 61st |
| 30 | $35.72 | 4th | $111.82 | 50th | $115.53 | 47th | $116.69 | 45th |

To see what your payment would be for your loan amount, divide your loan amount by $10,000; then multiply the monthly payment by the resulting amount. For example, the monthly payment for a loan amount of $60,000 would be:

15 Year Term: $60,000 divided by $10,000 = 6; 6 × $63.21 = $379.26
30 Year Term: $60,000 divided by $10,000 = 6; 6 × $35.72 = $214.32

d. **Example of a Fully Indexed Loan Program:** **On a $10,000, 15 or 30 year loan with an Initial Interest Rate of 6.978% (which would be equal to the 3.478% Index plus 2.50% Margin, rounded to the nearest 0.001 percentage point), the maximum amount that the interest rate can rise under this program is 3.972 percentage points if the Lifetime Interest Rate Cap is 9.950%, 4.372 percentage points if the Lifetime Interest Rate Cap is 10.350%, and 4.572 percentage points if the Lifetime Interest Rate Cap is 10.550% (see "Limit on Interest Rate Changes" in the "Features That Apply to All Loan Programs" section of this Disclosure regarding the Lifetime Interest Rate Cap). Your monthly payment in this example can rise as shown in the following table:

| | | | Lifetime Interest Rate Cap | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | 9.950% | | 10.350% | | 10.550% | |
| Loan Term In Years | Initial Payment | Month Maximum Interest Rate Reached | Maximum Payment | Month Maximum Payment Reached | Maximum Payment | Month Maximum Payment Reached | Maximum Payment | Month Maximum Payment Reached |
| 15 | $84.27 | 4th | $115.91 | 61st | $121.24 | 61st | $123.62 | 61st |
| 30 | $59.81 | 4th | $99.17 | 61st | $104.85 | 61st | $107.49 | 61st |

To see what your payment would be for your loan amount, divide your loan amount by $10,000; then multiply the monthly payment by the resulting amount. For example, the monthly payment for a loan amount of $60,000 would be:

15 Year Term: $60,000 divided by $10,000 = 6; 6 × $84.27 = $505.62
30 Year Term: $60,000 divided by $10,000 = 6; 6 × $59.81 = $358.86

e. **Example of a Premium Loan Program:** ***On a $10,000, 15 or 30 year loan with an Initial Interest Rate of 6.125% (which would be equal to a .147% premium over the 3.478% Index plus 2.5% Margin, rounded to the nearest 0.001 percentage point), the maximum amount that the interest rate can rise under this program is 3.825 percentage points if the Lifetime Interest Rate Cap is 9.950%, 4.225 percentage points if the Lifetime Interest Rate Cap is 10.350%, and 4.425 percentage points if the Lifetime Interest Rate Cap is 10.550% (see "Limit on Interest Rate Changes" in the "Features That Apply to All Loan Programs" section of this Disclosure regarding the Lifetime Interest Rate Cap). Your monthly payment in this example can rise as shown in the following table:

| | | | Lifetime Interest Rate Cap | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | 9.950% | | 10.350% | | 10.550% | |
| Loan Term In Years | Initial Payment | Month Maximum Interest Rate Reached | Maximum Payment | Month Maximum Payment Reached | Maximum Payment | Month Maximum Payment Reached | Maximum Payment | Month Maximum Payment Reached |
| 15 | $85.06 | 4th | $114.99 | 61st | $120.06 | 61st | $122.66 | 61st |
| 30 | $60.76 | 4th | $98.40 | 61st | $103.88 | 61st | $106.68 | 61st |

To see what your payment would be for your loan amount, divide your loan amount by $10,000; then multiply the monthly payment by the resulting amount. For example, the monthly payment for a loan amount of $60,000 would be:

15 Year Term: $60,000 divided by $10,000 = 6; 6 × $85.06 = $510.36
30 Year Term: $60,000 divided by $10,000 = 6; 6 × $60.76 = $364.56

## 6 Month MTA Power ARM

**Please Read Carefully:** General loan information is included starting on page 1 of this Loan Disclosure Statement. Information about our other programs is available upon request.

a. **Interest Rate Changes:** The Initial Interest Rate and Subsequent Interest Rate will be established by your loan documents. The Initial Interest Rate will be effective until the last day of the month in which your loan closes, and the Subsequent Interest Rate will be effective from the first day of the immediately following month until your first Interest Rate Change Date, which will be the scheduled date of your sixth monthly payment. On the first Interest Rate Change Date, and monthly on the same date each month thereafter during the loan term (each such date being an "Interest Rate Change Date" for this loan program), your interest rate may change based on the Current Index plus Margin as described in the "Features That Apply To All Loan Programs" section of this Disclosure.

b. **Payment Changes.** The initial monthly payment amount will be established by your loan documents, and will be based on the Initial Interest Rate. Subject to the 125.000% Principal Balance Limitation, your initial monthly payment will be effective until your first Payment Change Date, which will be the one-year anniversary of the scheduled date of your first monthly payment. Subject to the 125.000% Principal Balance Limitation, your monthly payment may change on the first Payment Change Date and annually on the same date each year thereafter during the loan term (each such date being a "Payment Change Date" for this loan program), and will be calculated as described in the "Features That Apply to All Loan Programs" section of this Disclosure. Your monthly payment can increase or decrease substantially based on periodic changes in the interest rate.

c. **Example of a Discounted Loan Program:** *On a $10,000, 15 or 30 year loan with an Initial Interest Rate of 4.45% (which would be equal to a 1.578% discount from the3.478% Index plus 2.55% Margin, rounded to the nearest 0.001 percentage point), the maximum amount that the interest rate can rise under this program is 5.50 percentage points if the Lifetime Interest Rate Cap is 9.950%, 5.90 percentage points if the Lifetime Interest Rate Cap is 10.350%, and 6.10 percentage points if the Lifetime Interest Rate Cap is 10.550% (see "Limit on Interest Rate Changes" in the "Features That Apply to All Loan Programs" section of this Disclosure regarding the Lifetime Interest Rate Cap). Your monthly payment in this example can rise as shown in the following table:

| | | | Lifetime Interest Rate Cap | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | 9.950% | | 10.350% | | 10.550% | |
| Loan Term In Years | Initial Payment | Month Maximum Interest Rate Reached | Maximum Payment | Month Maximum Payment Reached | Maximum Payment | Month Maximum Payment Reached | Maximum Payment | Month Maximum Payment Reached |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 15 | $76.24 | 7th | $125.34 | 61st | $130.47 | 61st | $133.11 | 61st |
| 30 | $50.37 | 7th | $104.53 | 61st | $110.07 | 61st | $112.93 | 61st |

To see what your payment would be for your loan amount, divide your loan amount by $10,000; then multiply the monthly payment by the resulting amount. For example, the monthly payment for a loan amount of $60,000 would be:

15 Year Term: $60,000 divided by $10,000 = 6; 6 × $76.24 = $457.44
30 Year Term: $60,000 divided by $10,000 = 6; 6 × $50.37 = $302.22

d. **Example of a Fully Indexed Loan Program:** **On a $10,000, 15 or 30 year loan with an initial Interest Rate of 6.028% (which would be equal to the 3.478% Index plus 2.55% Margin, rounded to the nearest 0.001 percentage point), the maximum amount that the interest rate can rise under this program is 3.922 percentage points if the Lifetime Interest Rate Cap is 9.950%, 4.322 percentage points if the Lifetime Interest Rate Cap is 10.350%, and 4.522 percentage points if the Lifetime Interest Rate Cap is 10.550% (see "Limit on Interest Rate Changes" in the "Features That Apply to All Loan Programs" section of this Disclosure regarding the Lifetime Interest Rate Cap). Your monthly payment in this example can rise as shown in the following table:

| | | | Lifetime Interest Rate Cap | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | 9.950% | | 10.350% | | 10.550% | |
| Loan Term In Years | Initial Payment | Month Maximum Interest Rate Reached | Maximum Payment | Month Maximum Payment Reached | Maximum Payment | Month Maximum Payment Reached | Maximum Payment | Month Maximum Payment Reached |
| 15 | $84.54 | 7th | $116.69 | 61st | $121.60 | 61st | $124.12 | 61st |
| 30 | $60.13 | 7th | $97.55 | 61st | $102.81 | 61st | $105.52 | 61st |

To see what your payment would be for your loan amount, divide your loan amount by $10,000; then multiply the monthly payment by the resulting amount. For example, the monthly payment for a loan amount of $60,000 would be:

15 Year Term: $60,000 divided by $10,000 = 6; 6 × $84.54 = $507.24
30 Year Term: $60,000 divided by $10,000 = 6; 6 × $60.13 = $360.78

e. **Example of a Premium Loan Program:** ***On a $10,000, 15 or 30 year loan with an initial Interest Rate of 6.18% (which would be equal to a .1520% premium over the 3.478% Index plus 2.55% Margin, rounded to the nearest 0.001 percentage point), the maximum amount that the interest rate can rise under this program is 3.77 percentage points if the Lifetime Interest Rate Cap is 9.950%, 4.17 percentage points if the Lifetime Interest Rate Cap is 10.350%, and 4.37 percentage points if the Lifetime Interest Rate Cap is 10.550% (see "Limit on Interest Rate Changes" in the "Features That Apply to All Loan Programs" section of this Disclosure regarding the Lifetime Interest Rate Cap). Your monthly payment in this example can rise as shown in the following table:

| | | | Lifetime Interest Rate Cap | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | 9.950% | | 10.350% | | 10.550% | |
| Loan Term In Years | Initial Payment | Month Maximum Interest Rate Reached | Maximum Payment | Month Maximum Payment Reached | Maximum Payment | Month Maximum Payment Reached | Maximum Payment | Month Maximum Payment Reached |
| 15 | $85.36 | 7th | $115.84 | 61st | $120.73 | 61st | $123.23 | 61st |
| 30 | $61.12 | 7th | $96.84 | 61st | $102.08 | 61st | $104.77 | 61st |

To see what your payment would be for your loan amount, divide your loan amount by $10,000; then multiply the monthly payment by the resulting amount. For example, the monthly payment for a loan amount of $60,000 would be:

15 Year Term: $60,000 divided by $10,000 = 6; 6 × $85.36 = $512.16
30 Year Term: $60,000 divided by $10,000 = 6; 6 x $61.12 = $366.72

## 12 Month MTA Power ARM

Please Read Carefully: General loan information is included starting on page 1 of this Loan Disclosure Statement. Information about our other programs is available upon request.

a. **Interest Rate Changes:** The Initial Interest Rate and Subsequent Interest Rate will be established by your loan documents. The Initial Interest Rate will be effective until the last day of the month in which your loan closes, and the Subsequent Interest Rate will be effective from the first day of the immediately following month until your first Interest Rate Change-Date, which will be the scheduled date of your twelfth monthly payment. On the first Interest Rate Change Date, and monthly on the same date each month thereafter during the loan term (each such date being an "Interest Rate Change Date" for this loan program), your interest rate may change based on the Current Index plus Margin as described in the "Features That Apply To All Loan Programs" section of this Disclosure.

b. **Payment Changes.** The initial monthly payment amount will be established by your loan documents, and will be based on the Initial Interest Rate. Subject to the 125.000% Principal Balance Limitation, your initial monthly payment will be effective until your first Payment Change Date, which will be the one-year anniversary of the scheduled date of your first monthly payment. Subject to the 125.000% Principal Balance Limitation, your monthly payment may change on the first Payment Change Date and annually on the same date each year thereafter during the loan term (each such date being a "Payment Change Date" for this loan program), and will be calculated as described in the "Features That Apply to All Loan Programs" section of this Disclosure. Your monthly payment can increase or decrease substantially based on periodic changes in the interest rate.

c. **Example of a Discounted Loan Program:** *On a $10,000, 15 or 30 year loan with an initial Interest Rate of 4.85% (which would be equal to a 1.128% discount from the 3.478% Index plus 2.60% Margin, rounded to the nearest 0.001 percentage point), the maximum amount that the interest rate can rise under this program is 5.00 percentage points if the Lifetime Interest Rate Cap is 9.950%, 5.40 percentage points if the Lifetime Interest Rate Cap is 10.350%, and 5.60 percentage points if the Lifetime Interest Rate Cap is 10.550% (see "Limit on Interest Rate Changes" in the "Features That Apply to All Loan Programs" section of this Disclosure regarding the Lifetime Interest Rate Cap). Your monthly payment in this example can rise as shown in the following table:

**1, 3, 6, and 12, MONTH MTA Power ARMs**
**Effective January 2006**

| | | | Lifetime Interest Rate Cap 9.950% | | 10.350% | | 10.550% | |
|---|---|---|---|---|---|---|---|---|
| Loan Term in Years | Initial Payment | Month Maximum Interest Rate Reached | Maximum Payment | Month Maximum Payment Reached | Maximum Payment | Month Maximum Payment Reached | Maximum Payment | Month Maximum Payment Reached |
| 15 | $78.82 | 13th | $116.58 | 61st | $121.01 | 61st | $123.29 | 61st |
| 30 | $53.38 | 13th | $100.32 | 61st | $105.40 | 61st | $108.00 | 61st |

To see what your payment would be for your loan amount, divide your loan amount by $10,000; then multiply the monthly payment by the resulting amount. For example, the monthly payment for a loan amount of $60,000 would be:

15 Year Term: $60,000 divided by $10,000 = 6; 6 × $78.82 = $472.92
30 Year Term: $60,000 divided by $10,000 = 6; 6 × $53.38 = $320.28

d. **Example of a Fully Indexed Loan Program:** **On a $10,000, 15 or 30 year loan with an Initial Interest Rate of 6.078% (which would be equal to the 3.478% Index plus 2.60% Margin, rounded to the nearest 0.001 percentage point), the maximum amount that the interest rate can rise under this program is 3.872 percentage points if the Lifetime Interest Rate Cap is 9.950%, 4.272 percentage points if the Lifetime Interest Rate Cap is 10.350%, and 4.472 percentage points if the Lifetime Interest Rate Cap is 10.550% (see "Limit on Interest Rate Changes" in the "Features That Apply to All Loan Programs" section of this Disclosure regarding the Lifetime Interest Rate Cap). Your monthly payment in this example can rise as shown in the following table:

| | | | Lifetime Interest Rate Cap 9.950% | | 10.350% | | 10.550% | |
|---|---|---|---|---|---|---|---|---|
| Loan Term In Years | Initial Payment | Month Maximum Interest Rate Reached | Maximum Payment | Month Maximum Payment Reached | Maximum Payment | Month Maximum Payment Reached | Maximum Payment | Month Maximum Payment Reached |
| 15 | $84.81 | 13th | $109.59 | 61st | $113.86 | 61st | $116.04 | 61st |
| 30 | $60.46 | 13th | $94.67 | 61st | $99.51 | 61st | $101.99 | 61st |

To see what your payment would be for your loan amount, divide your loan amount by $10,000; then multiply the monthly payment by the resulting amount. For example, the monthly payment for a loan amount of $60,000 would be:

15 Year Term: $60,000 divided by $10,000 = 6; 6 × $84.81 = $508.86
30 Year Term: $60,000 divided by $10,000 = 6; 6 × $60.46 = $362.76

e. **Example of a Premium Loan Program:** ***On a $10,000, 15 or 30 year loan with an Initial Interest Rate of 6.20% (which would be equal to a .122% premium over the 3.478% Index plus 2.60% Margin, rounded to the nearest 0.001 percentage point), the maximum amount that the interest rate can rise under this program is 3.750 percentage points if the Lifetime Interest Rate Cap is 9.950%, 4.150 percentage points if the Lifetime Interest Rate Cap is 10.350%, and 4.350 percentage points if the Lifetime Interest Rate Cap is 10.550% (see "Limit on Interest Rate Changes" in the "Features That Apply to All Loan Programs" section of this Disclosure regarding the Lifetime Interest Rate Cap). Your monthly payment in this example can rise as shown in the following table:

| | | | Lifetime Interest Rate Cap 9.950% | | 10.350% | | 10.550% | |
|---|---|---|---|---|---|---|---|---|
| Loan Term In Years | Initial Payment | Month Maximum Interest Rate Reached | Maximum Payment | Month Maximum Payment Reached | Maximum Payment | Month Maximum Payment Reached | Maximum Payment | Month Maximum Payment Reached |
| 15 | $85.47 | 13th | $108.82 | 61st | $113.07 | 61st | $115.24 | 61st |
| 30 | $61.25 | 13th | $94.04 | 61st | $98.85 | 61st | $101.32 | 61st |

To see what your payment would be for your loan amount, divide your loan amount by $10,000; then multiply the monthly payment by the resulting amount. For example, the monthly payment for a loan amount of $60,000 would be:

15 Year Term: $60,000 divided by $10,000 = 6; 6 × $85.47 = $512.82
30 Year Term: $60,000 divided by $10,000 = 6; 6 × $61.25 = $367.50

* These examples are based on an initial interest rate in effect on January 2006, and a Margin and discount we have used recently; your initial interest rate, Margin and discount may be different. Ask us for our current interest rate, Margin and discount.

** These examples above are based on an initial interest rate in effect on January 2006, and a Margin we have used recently; your initial interest rate and Margin may be different. Ask us for our current interest rate and Margin.

*** These examples above are based on an initial interest rate in effect on January 2006, and a Margin and Premium we have used recently; your initial interest rate, Margin and premium may be different. Ask us for our current interest rate, Margin and premium.

The Initial Interest Rate, discount, premium and Margin used in these examples reflect terms recently offered by the Lender on a loan of 80% or less loan-to-value for owner-occupied properties. The Initial Interest Rate, discount, premium and Margin may differ based on loan size, loan to value, occupancy status and optional features. The Initial Interest Rate, discount and Margin may also differ from the example if the borrower selects other available pricing options offered by the Lender.

**1, 3, 6, and 12, MONTH MTA Power ARMs**
**Effective January 2006**

## BORROWER ACKNOWLEDGMENT

After having read the contents of the above disclosure, I/we acknowledge receipt of this disclosure and further acknowledge that this disclosure was completed in full prior to its receipt. I/we also acknowledge receipt of the handbook entitled "Consumer Handbook on Adjustable Rate Mortgages."

Borrower Keith White — Date 9/26/06

Borrower — Date

Borrower — Date

Borrower — Date

Borrower — Date

Borrower — Date

Borrower — Date

Borrower — Date