Elizabeth and Keith White v. American
Home Mortgage

C.A. No. 07-200-ML

# DECLARATION OF BRIAN P. PERRYMAN

# EXHIBIT 14

# APPRAISAL DISCLOSURE

| Borrower Name(s): Keith White | Lender: American Brokers Conduit<br>538 Broadhollow Road<br>Melville, NY 11747 |
|---|---|
| Property Address: 57 Osceola Avenue<br>Warwick, RI<br>02888 | Date: September 19, 2006 |

If your mortgage application is not approved, the appraisal fee may not be refunded to you. However, you have the right to a copy of the appraisal report used in connection with your application for credit. If you wish a copy, please write to us at the mailing address we have provided.

Contact: Maura E. Maguire
Lender/Broker: American Brokers Conduit
Address: 538 Broadhollow Road
Melville, NY 11747

Telephone: 800-554-7600

In your letter, give us the following information:

Your Name
Your Application Number
The Subject Property Address
The Mailing Address, if different than the Subject Property Address

9/19/06

| | | | |
|---|---|---|---|
| Borrower Keith White | Date 9/19/06 | Borrower | Date |
| Borrower | Date | Borrower | Date |
| Borrower | Date | Borrower | Date |
| Borrower | Date | Borrower | Date |