Elizabeth and Keith White v. American
Home Mortgage

C.A. No. 07-200-ML

# DECLARATION OF BRIAN P. PERRYMAN

# EXHIBIT 15

# RHODE ISLAND TITLE INSURANCE DISCLOSURE

| Borrower Name(s): Keith White | Lender: American Brokers Conduit, 538 Broadhollow Road, Melville, NY 11747 |
| --- | --- |
| Property Address: 57 Osceola Avenue, Warwick, RI 02888 | Date: September 19, 2006 |

Under Rhode Island General Laws, you, the borrower(s), have a right to choose an attorney or Title Company to search the title of the subject property and issue title insurance. If you waive your right to choose an attorney or Title Company, the lender may make this selection. The attorney or Title Company must offer you owner's title insurance.

Make your selections below indicating whether you are selecting your own attorney or Title Company, and whether you are obtaining owner's insurance and sign the form below.

☐ I/We choose to select an attorney or Title Company to search title and issue title insurance.

☐ I/We do not choose to select an attorney or Title Company to search title and issue title insurance and allow the lender to make this choice.

☐ I/We choose to purchase owner's title insurance.

☐ I/We choose not to purchase owner's title insurance.

[signature] 9/19/06
Borrower Keith White Date

Borrower Date

Borrower Date

Borrower Date

Borrower Date

Borrower Date

Borrower Date

Borrower Date