Elizabeth and Keith White v. American Home Mortgage

C.A. No. 07-200-ML

# DECLARATION OF BRIAN P. PERRYMAN

# EXHIBIT 16

# RHODE ISLAND

## Choice of Insurance Notice

Loan Number 0001451424

Borrower Keith White

Property Address 57 Osceola Avenue, Warwick, RI 02888

The General Laws of Rhode Island Section 27-29-4 requires that you receive written notification of your right to select a homeowner's/hazard insurance agent and insurance company of your choice, when hazard insurance is required by the lender as a condition of the loan.

Lender has the right (A) to require evidence, to be produced at a reasonable time prior to commencement or renewal of risk, that the insurance providing reasonable coverage has been obtained in an amount equal to the amount required by the lender; (B) to require insurance in an insurer authorized to do business and having a licensed resident insurance producer agent in this state; and (C) to refuse to accept insurance in a particular insurer on reasonable grounds related to solvency.

Your acknowledgment below signifies that written notice was provided to you pursuant to the state statute.

| | |
|---|---|
| Keith White 9/26/06 Date | Date |
| Date | Date |
| Date | Date |
| Date | Date |