Elizabeth and Keith White v. American Home Mortgage

C.A. No. 07-200-ML

# DECLARATION OF BRIAN P. PERRYMAN

# EXHIBIT 17

## RHODE ISLAND NOTICE OF NONREFUNDABILITY OF LOAN FEES

| Borrower Name(s): Keith White | Lender: American Brokers Conduit<br>538 Broadhollow Road<br>Melville, NY 11747 |
| --- | --- |
| Property Address: 57 Osceola Avenue<br>Warwick, RI<br>02888 | Date: September 19, 2006 |

### Notice Regarding Nonrefundability of Loan Fees

You have received a good faith estimate or other itemization of fees and charges showing the loan fees and similar charges you are likely to pay to obtain this loan. As provided in Rhode Island General Laws Section 34-23-6, none of these or other fees and charges will be refunded in the event the loan is prepaid in whole or in part.

By signing below, you acknowledge, you have read the above notice and have received a copy of this notice and a good faith estimate or other itemization of fees and charges.

[signature] 9/26/06

Borrower Keith White Date

Borrower Date

Borrower Date

Borrower Date

Borrower Date

Borrower Date

Borrower Date

Borrower Date