Elizabeth and Keith White v. American Home Mortgage

C.A. No. 07-200-ML

# DECLARATION OF BRIAN P. PERRYMAN

# EXHIBIT 20

TAX ESCROW ACCOUNT DESIGNATION OF
MORTGAGE INVESTING INSTITUTION
TO RECEIVE TAX BILLS

I designate the Bank or other Mortgage Investing Institution(s) listed below, its successors and assigns to receive all tax bills for my real property (described below) for so long as the real property tax escrow account now being established shall remain in effect.

(1) BORROWER(S):

Keith White

(2) PROPERTY ADDRESS:

57 Osceola Avenue
Warwick, RI 02888

(3) Section, Block, and Lot:

, ,

(4) Mailing Address (If different from #2 above):

________________________________________

(5) Signatures:

DATED: September 26, 2006

Keith White

(6) Mortgage Investing Institution: