**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

ELIZABETH WHITE, et al

**V.** **CA 07-200ML**

**AMERICAN HOME MORTGAGE**

**ORDER**

**Defendant has filed a document styled as a "Motion to Dismiss, or in the alternative, for Summary Judgment". Since each form of relief has different standards of review and procedural requirements, the Court on its own motion strikes defendant's pleading and directs defendant to make an election and file its motion claiming only one form of relief.**

**SO ORDERED:**

Mary M. Lisi

**Mary M. Lisi**
**Chief United States District Judge**
**July 20 , 2007**

**ENTERED as an Order of this Court on July 20 ,2007.**

Barbara Barletta

**Deputy Clerk**