**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| ELIZABETH and KEITH WHITE,<br>Plaintiffs,<br>v.<br>AMERICAN HOME MORTGAGE CORP.,<br>Defendant. | C.A. No. 07-200-ML |

**DEFENDANT'S SUGGESTION OF BANKRUPTCY**

Defendant American Home Mortgage Corp. ("American Home") suggests that, on or about August 6, 2007, it filed a voluntary petition for relief under Title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware, Wilmington Division, which has been assigned case number 07-11051. American Home further suggests that this action has been automatically stayed by operation of 11 U.S.C. § 362(a).

Respectfully submitted,

Carl S. Levin, Esq. #3336
Armstrong, Gibbons & Gnys, LLP
155 South Main Street
Providence, Rhode Island 02903
(401) 751-1500 ext. 26
(401) 751-4124
clevin@agglaw.com

David M. Souders, Esq., *Pro hac vice*
Brian P. Perryman, Esq., *Pro hac vice*
Weiner Brodsky Sidman Kider PC
1300 19th Street, NW, Fifth Floor
Washington, DC 20036
*PERRYMAN@WBSK.com*

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I sent via first-class mail, postage prepaid, a true copy of the foregoing Suggestion of Bankruptcy on this 8th day of August, 2007, to the following counsel of record:

Christopher M. Lefebvre, Esq.
Family and Consumer Law Center
Two Dexter Street, P.O. Box 479
Pawtucket, Rhode Island 02862

F:\98077\087\lbpp1696oth Bankruptcy.doc